UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BASIA GOSZCZYNSKA a/k/a BARBARA FEDOROWICZ,

                Plaintiff,

     -vs-

ARCADIA EARTH LLC and
INFORMA MARKETS FASHION
(EAST) LLC

                Defendants.

**Civil Action No. 1:22-cv-09345-JHR**

### DEFENDANTS ARCADIA EARTH LLC AND INFORMA MARKETS FASHION (EAST) LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(1)

**PLEASE TAKE NOTICE** that on this 7th day of March 2023, Defendants Arcadia Earth LLC ("Arcadia") and Informa Markets Fashion (East) LLC ("Informa") (collectively, "Defendants"), by and through their undersigned counsel, hereby move to dismiss the First Amended Complaint ("Amended Complaint") of Plaintiff Basia Goszczynska ("Plaintiff") before the Honorable Jennifer H. Rearden at Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, at a date and time to be determined by the Court.

Defendants move in accordance with the schedule set at the February 10, 2023 Pre-motion Conference and pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's First Amended Complaint in its entirety for failure to state a claim upon which relief can be granted because the pleading falls well short of the pleading requirements set forth under controlling precedent. Defendants also move to dismiss Count 1 of the Amended Complaint pursuant to Fed. R. Civ. P.

12(b)(1) for lack of subject matter jurisdiction as Plaintiff's lone federal claim is so implausible and otherwise devoid of merit that subject matter jurisdiction is divested.  In support of this motion, Defendants shall rely on the accompanying Memorandum of Law and supporting Declaration with exhibits, and any Reply that Defendant shall file on or before April 4, 2023.

Dated: March 7, 2023

          Respectfully submitted,

          /s/ *Lucian C. Chen*

          Lucian C. Chen
          Todd M. Nosher
          CALHOUN, BHELLA & SECHREST
          5 Columbus Circle, 11th Floor
          New York, NY 10019
          646.819.0401 (Main)
          646.819.0407 (Fax)
          Lchen@cbsattorneys.com
          Tnosher@cbsattorneys.com

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Motion to dismiss Plaintiff's First Amended Complaint was served on Plaintiff on March 7, 2023 via CM/ECF.

/s/ *Lucian C. Chen*