# EXHIBIT 1



# CITADEL

## INCIDENT REPORT

SHOW/EVENT:

INCIDENT, Pick One - AIDED | DAMAGE | LOSS/THEFT | COMPLAINT | OTHER

Booth Number/Location/Seat Number:
Complainant Name:
Complainant Company: Sustainability
Complainant Address:
Phone:
Email:

INCIDENT OCCURRED
Date:
Time:

## SUMMARY OF INCIDENT

Responded to a call from Tammy regarding a disturbance upon arriving I found a woman standing on a cuddler screaming and tearing plastic from the display. She refuse to get down. Public safety called NYPD. And the woman was escorted out.

AIDED REFUSED MEDICAL ATTENTION -

VALUE:

**PICTURES MUST BE TAKEN OF DAMAGE and/or HAZARDOUS CONDITIONS**
**Insert Pictures at End of Report**

Licensed by the NYS Department of State Division of Licensing, Fully Insured and Bonded
CONFIDENTIAL AND PROPRIETARY: Any use of this material without permission of Citadel Security Agency is strictly prohibited



## WHO WAS NOTIFIED OF INCIDENT

| | |
|---|---|
| Show Management<br>Name: TAMMY<br>Title: | EMT  NA<br>Name:<br>Shield #: |
| Public Safety / Other NA<br>Name: NA  MIKE MARUM<br>Shield #: | NYPD NA<br>Name: NA<br>Shield #: |
| Witness #1<br>Name:<br>Witness Phone/Email: | Witness #2<br>Name:<br>Witness Phone/Email: |

| | |
|---|---|
| Report Submitted by:  Q<br>Title:<br>Company:<br>Signature, or Electronic Signature: | Date report taken:<br><br>Time Report Taken: |

Keywords:

BootH 6752 stated while the woman was escorted out Jane Whitton (ExHiboton FoR 6752) stated the woman said I'm going to Have a big ~~fight~~ Lawsuit And make Alot of money

Licensed by the NYS Department of State Division of Licensing, Fully Insured and Bonded
CONFIDENTIAL AND PROPRIETARY: Any use of this material without permission of Citadel Security Agency is strictly prohibited