









9345-JHR Document 41-2 Filed 03/07/2

