# EXHIBIT 4

**Basia**

> Morning yes I am there today and will send you photos within the hour. Please let me know who will be there today from your side. I will have the installation broken down in three parts: plastic, wood and lights. These will be available for pick up at 10am tomorrow.

Hey Lea, thank you so much!! I can't send anyone today but I trust you will be able to manage. All I have room to grab in my truck are my lights, net and tools.

I can't afford to hire a truck driver for tomorrow so will just come with Gabi in the morning and she will run in for me

I have a dolly on my cart that she can use to bring those things out to the front for me

I will be across the street