# EXHIBIT 5

From: Basia Goszczynska <odbasi@gmail.com>
Date: September 20, 2022 at 8:45:47 AM EDT
To: Lea Lennox <ll@arcadia.earth>
Cc: Valentino Vettori <vv@arcadia.earth>
Subject: Re: Coterie dismantle

Hi Lea,

Since Val isn't willing to cover the extra cost of me hiring a truck driver (I was originally going to come myself), I can only come pick up whatever can fit on my truck, so basically my LED lights, tools, net, dolly and ladder. Please have the people dismantling the work put all of my LED lights in a box for me. I'll be coming tomorrow morning with my truck and will have Gabi Lesch with me who I will send inside to pick up those few items. All my tools are on one cart in the boneyard and if you could have the lights and net set aside and ready for her to grab that would be appreciated.

Thank you,
Basia

On Mon, Sep 19, 2022 at 1:51 PM Lea Lennox <ll@arcadia.earth> wrote:
> Hello,
>
> Basia, you will need to have 1 person representing you for the dismantle tomorrow. Can you please let me know who this will be and a contact number?
>
> Dismantling will begin at 4:00pm till 8:00pm.
>
> The dismantling will consist of taking down the structure and repackaging all items for pick up on Wednesday.
>
> I have secured a 10 AM truck time slot. Can you please confirm who will be driving the truck for pick up.
>
> Best,
> Lea