UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BASIA GOSZCZYNSKA a/k/a BARBARA FEDOROWICZ,

       Plaintiff,

  -vs-

ARCADIA EARTH LLC and
INFORMA MARKETS FASHION
(EAST) LLC

       Defendants.

Civil Action No. 1:22-cv-09345-JHR

---

**DEFENDANTS ARCADIA EARTH LLC AND INFORMA
MARKETS FASHION (EAST) LLC'S [PROPOSED] ORDER TO DISMISS
PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(1)**

**UPON THE MOTION OF** Defendants Arcadia Earth LLC ("Arcadia") and Informa Markets Fashion (East) LLC ("Informa") (collectively, "Defendants"), for an order dismissing Plaintiff Basia Goszczynska's ("Plaintiff") Amended Complaint in its entirety with prejudice, and upon review of the memorandum of law in support thereof;

It is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) be GRANTED.

It is further **ORDERED** that this Action is DISMISSED, with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated: \_\_\_\_\_, 2023