**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BASIA GOSZCZYNSKA a/k/a BARBARA
FEDOROWICZ,

                Plaintiff,

   -against-                                   22 **CIVIL** 9345 (JHR)

                                                **<u>JUDGMENT</u>**

ARCADIA EARTH LLC and INFORMA
MARKETS FASHION (EAST) LLC,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, Defendants' motion to dismiss is granted. Plaintiff's VARA claim is dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, which are accordingly dismissed without prejudice. Plaintiff "is at liberty to pursue these in state court." *Dos Santos*, 625 F. Supp. 3d at 139; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                              **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                        **BY:**

                                                               **Deputy Clerk**